H. Ty Kharazi, Esq. SBN 187894
**YARRA, KHARAZI & CLASON**
2000 Fresno Street, Suite 300
Fresno, CA 93721
Telephone: (559) 441-1214
Facsimile: (559) 441-1215

Attorneys for Plaintiff,
NOEL AHEDO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL AHEDO, an individual, | Case No. 1:16-cv-00449-LJO-EPG |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL OF THE CASE** |
| | And |
| KAWEAH DELTA HOSPITAL, And DOES 1-50 | **ORDER THEREON** |
| Defendants. | |

   Plaintiff, through counsel, respectfully requests that the court dismiss the above referenced case without prejudice.

   This case was filed in order to preserve the limitations period for filing of a compliant on the grounds of disability discrimination perceived by the Plaintiff. The complaint was filed on an emergency basis by the undersigned.

//
//
//
//
//

Counsel for the Plaintiff has had sufficient time to advise the plaintiff of his rights and after being so advised, Mr. Ahedo has asked the undersigned to dismiss the case, without prejudice. I have explained the effects of the dismissal to Mr. Ahedo and I am satisfied that he has made an informed decision.

This complaint was never served on the Defendants.

Dated: May 2, 2016

Respectfully submitted,
**YARRA, KHARAZI & CLASON**
/s/ H. Ty Kharazi

H. Ty Kharazi

## ORDER

It is hereby ordered that the above entitled case shall be dismissed without prejudice. The Case is ordered closed.

IT IS SO ORDERED.

Dated:   **May 4, 2016**              /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE